UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID HARLOW CHURCHILL,

        Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS; *et al.*,

        Defendants.
_____/

No. C-11-3711 EMC (pr)

**ORDER OF TRANSFER**

David Harlow Churchill, a prisoner at California State Prison Solano ("CSP-Solano"), filed this *pro se* civil action under 42 U.S.C. § 1983. He appears to be complaining of events and omissions that occurred at CSP-Solano. CSP-Solano is in Solano County, within the venue of the Eastern District of California. Some or all of the Defendants apparently reside in the Eastern District of California. No Defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District, and in not this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: October 25, 2011

                                  _____
                                  EDWARD M. CHEN
                                  United States District Judge